# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE MILLS,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>WARDEN,<br><br>　　　　　Respondent. | Case No. CV 18-3338-RGK (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition as Duplicative, IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: July 11, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　United States District Judge